```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 06817
   LINDA A HIX
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2021


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/12/2006 and was confirmed 08/17/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
DRIVE FINANCIAL            SECURED         8275.00        840.56       2292.87
DRIVE FINANCIAL            UNSECURED       3369.05           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        4317.54           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED          .00           .00
FIRST NATL BANK OF MARIN   UNSECURED        546.91           .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED          .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED          .00           .00
AT&T CREDIT MANAGEMENT     UNSECURED      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED        991.17           .00           .00
CAVALRY INVESTMENTS        UNSECURED      15604.02           .00           .00
CBA COLLECTION BUREAU OF   UNSECURED      NOT FILED          .00           .00
CBCS                       UNSECURED      NOT FILED          .00           .00
CBE GROUP                  UNSECURED      NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED       2670.00           .00           .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED          .00           .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED          .00           .00
CRED PROTECTION ASSOCIAT   UNSECURED      NOT FILED          .00           .00
DEVON FINANCIAL SERVICE    SECURED NOT I   289.78            .00           .00
EVERHOME MORTGAGE          UNSECURED      NOT FILED          .00           .00
COMCAST CABLE COMMUNICAT   UNSECURED       1089.10           .00           .00
FASHION BUG/SOANB          UNSECURED      NOT FILED          .00           .00
GEMB/EXXONMOBIL            UNSECURED      NOT FILED          .00           .00
GENESIS FINANCIAL SOLUTI   UNSECURED      NOT FILED          .00           .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED          .00           .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED          .00           .00
IC SYSTEMS                 UNSECURED      NOT FILED          .00           .00
IC SYSTEMS                 UNSECURED      NOT FILED          .00           .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED          .00           .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED          .00           .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED          .00           .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 06817 LINDA A HIX
```

```
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED              .00              .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED              .00              .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED              .00              .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED          2861.88              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED              .00              .00
NCO FINANCIAL             UNSECURED           294.64              .00              .00
NATIONAL RECOVERIES INC   UNSECURED        NOT FILED              .00              .00
NATIONAL RECOVERIES INC   UNSECURED        NOT FILED              .00              .00
PARK DANSEN               UNSECURED        NOT FILED              .00              .00
PAYDAY LOANS INC          UNSECURED        NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED           107.73              .00              .00
PLAZA ASSOCIATES          UNSECURED        NOT FILED              .00              .00
PLAZA ASSOCIATES          UNSECURED        NOT FILED              .00              .00
PROFESSIONAL RECOVERY     UNSECURED        NOT FILED              .00              .00
PROGRESSIVE ASSET MANAGE  UNSECURED            97.90              .00              .00
STOP LOSS INC             UNSECURED        NOT FILED              .00              .00
US DEPT OF EDUCATION      UNSECURED              .00              .00              .00
WEST ASSET MANAGEMENT     UNSECURED        NOT FILED              .00              .00
WEST ASSET MANAGEMENT     UNSECURED        NOT FILED              .00              .00
WOW INTERNET AND CABLE    UNSECURED        NOT FILED              .00              .00
NATIONAL RECOVERIES INC   UNSECURED           434.78              .00              .00
BALLYS TOTAL FITNESS      UNSECURED          2932.27              .00              .00
SBC                       UNSECURED           641.12              .00              .00
ROUNDUP FUNDING LLC       UNSECURED            84.18              .00              .00
ROUNDUP FUNDING LLC       UNSECURED            97.90              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,525.25                            786.70
TOM VAUGHN                TRUSTEE                                              234.71
DEBTOR REFUND             REFUND                                                  .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    4,154.84

PRIORITY                                                  .00
SECURED                                              2,292.87
    INTEREST                                           840.56
UNSECURED                                                 .00
ADMINISTRATIVE                                         786.70
TRUSTEE COMPENSATION                                   234.71
DEBTOR REFUND                                             .00
                         ---------------        ---------------
TOTALS                     4,154.84                  4,154.84


              PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 06817 LINDA A HIX
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE